

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00503-CV

**IN THE INTEREST OF L.R.M.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM503110
Honorable Nick Catoe Jr., Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is REVERSED and this matter is REMANDED to the trial court for further proceedings.

Appellant Father is not entitled to recover his appellate costs because the Office of the Attorney General of Texas is exempt from payment of appellate costs in Title IV-D cases.

SIGNED June 27, 2018.

_Marialyn Barnard_
Marialyn Barnard, Justice

---

[1] The Honorable Stephani Walsh is the presiding judge of the 45th Judicial District Court, Bexar County, Texas. The order challenged in this appeal was signed by the Honorable Nick Catoe Jr., Associate Judge, Bexar County, Texas.